UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF INDIANA  
PO Box 44978  
Indianapolis, IN 46244

B18 (rev 08/2004)

In Re:

  Susan Gwen Van Dyke  
    SSN: xxx–xx–8730　EIN: NA

    Debtor(s)

Case Number:  
**05–03938–AJM–7**

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: June 16, 2005

JUDGE ANTHONY J. METZ III  
U.S. BANKRUPTCY COURT

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts that are in the nature of alimony, maintenance, or support;
   c. Debts for most student loans;
   d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;
   f. Some debts which were not properly listed by the debtor;
   g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0756-1          User: truiz             Page 1 of 1            Date Rcvd: Jun 16, 2005
Case: 05-03938                Form ID: b18            Total Served: 23

The following entities were served by first class mail on Jun 18, 2005.
 db        +Susan Gwen Van Dyke,    2200 W. Bryden Road,    Muncie, IN 47304-1705
 aty       +Kimberly S. Taylor,    3620 N Everbrook Ln Ste A,    Muncie, IN 47304-5200
 tr        +Randall L Woodruff,    Woodruff Law Offices, P.C.,    115-A E Ninth St,    Anderson, IN 46016-1509
5866778    +Allied Adjustment & Collection Co.,,    500 W. Main Street,    Muncie, IN 47305-1530
5866779    +Amanda Dunnuck,    Attorney At Law,    114 S. Walnut Plaza,    Muncie, IN 47305-2812
5866780    +Anderson Center Clinics Of St. John,    C/O Collection Specialists,    922 Meridian Street,
             Anderson, IN 46016-1748
5866781    +Atlas Collections,    420 W. Washington Street,    Muncie, IN 47305-1545
5866782    +Ball Memorial Hospital,    2401 University Avenue,    Muncie, IN 47303-3499
5866783    +Collection Specialists, Inc.,    922 Meridian Plaza,    P.O. Box 1156,    Anderson, IN 46015-1156
5866784     Cooley Dickinson Prac. Assoc.,    30 Locust Street,    P.O. Box 911,    Northampton, MA 01061-0911
5866785     Credit Bureau Collections,    155 Brookdale Drive,    P.O. Box 51958,    Springfield, MA 01151-5958
5866786    +East Central Indiana Pathologists P,    P.O. Box 512,    Muncie, IN 47308-0512
5866787    +Emergency Physicians,    P.O. Box 2567,    Muncie, IN 47307-0567
5866788    +Hampshire Pathologists, Inc.,    291 Moody Street,    Ludlow, MA 01056-1246
5866789    +IEI Financial,    P.O. Box 42788,    Indianapolis, IN 46242-0788
5866790    +Indiana Finance,    P.O. Box 49,    Anderson, IN 46015-0049
5866791    +Keith W. Miller MD,    3600 W. Bethel Avenue,    Muncie, IN 47304-5407
5866792    +Marsh Supermarkets,    C/O Atlas Collections,    420 W. Washington Street,    Muncie, IN 47305-1545
5866793     Pathologists Associated,    P.O. Box 7002,    Muncie, IN  47308-7002
5866794     Radiology Associates,    P.O. Box 1270,    Muncie, IN  47308-1270
5866795    +Southway Urgent Care,    3807 S. Madison,    Muncie, IN 47302-5758
5866796    +Vectren Energy,    P.O. Box 6248,    Indianapolis, IN 46206-6248
5866797    +Yorktown Health & Diagnostic Center,    1420 S. Pilgrim Blvd.,    Yorktown, IN 47396-9250

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2005**            Signature:    _Joseph Speetjens_